IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID RODRIGUEZ, Individually, and On Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>EXPRESSWAY REALTY LLC and 3279 FOOD SERVICES CORP.,<br><br>Defendants. | Case No.: 22-cv-3453 (JMA)(LGD) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Justin W. Reiter of the law firm Fisher & Phillips LLP, 7 Times Square, Suite 4300, New York, New York 10036, hereby enters his appearance as counsel for Defendant, 3279 Food Services Corp. in the above-captioned matter.

Dated: New York, New York
October 28, 2022

FISHER & PHILLIPS, LLP

By  *s/ Justin W. Reiter*
Justin W. Reiter
Times Square Tower
7 Times Square, Suite 4300
New York, NY 10036
Tel.: (212) 899-9985
jreiter@fisherphillips.com

*Attorneys for Defendant*
*3279 Food Services Corp.*

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on October 28, 2022, a true and correct copy of the foregoing Notice of Appearance was served by electronic case filing on all parties of record in this action.

                                                   *s/ Justin W. Reiter*
                                                   Justin W. Reiter