

fisherphillips.com

**New York**
Times Square Tower
7 Times Square
Suite 4300
New York, NY 10036
(212) 899-9960 Tel
(212) 956-1971 Fax

**Writer's Direct Dial:**
(212) 899-9985

**Writer's E-mail:**
jreiter@fisherphillips.com

October 28, 2022

<u>**Via ECF**</u>
Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Rodriguez, Individually and on Behalf of All Others Similarly Situated v. Expressway Realty LLC and 3279 Food Services Corp.*
             <u>Civil Action No. 22-cv-03453 (JMA)(LGD)</u>

Dear Judge Azrack:

    We represent Defendant 3279 Food Service Corp. ("Defendant") in the above referenced action. We write to respectfully request an extension of time until December 1, 2022 for all Defendants[1] to answer, move or otherwise respond to the Complaint in this case. Plaintiff's counsel has consented to this extension. Defendant's counsel was just retained, and requests this extension in order to have sufficient time to conduct an investigation into the facts of this case and formulate an appropriate response to the Complaint. This is Defendant's first request for an extension of the deadline to answer, move or otherwise respond to the Complaint, and would not affect any other scheduled dates in connection with the above-captioned action.

                            Respectfully submitted,

                            *s/ Justin W. Reiter*

                            Justin W. Reiter
                            For FISHER & PHILLIPS LLP

cc:    Counsel of record (via ECF)

---

[1] Expressway Realty LLC is also named as a Defendant in this case.

**Fisher & Phillips LLP**
Atlanta · Baltimore · Bethesda · Boston · Charlotte · Chicago · Cleveland · Columbia · Columbus · Dallas · Denver · Detroit · Fort Lauderdale · Gulfport
Houston · Irvine · Kansas City · Las Vegas · Los Angeles · Louisville · Memphis · Minneapolis · Nashville · New Jersey · New Orleans · New York · Orlando
Philadelphia · Phoenix · Pittsburgh · Portland · Sacramento · San Diego · San Francisco · Seattle · Tampa · Washington, DC · Woodland Hills